# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDITH WOODBERRY,

    Plaintiff,

v.                            Case No.    08-10288

CITY OF DETROIT,                      Honorable Arthur J. Tarnow

    Defendant.

_____/

## ORDER DISSOLVING TEMPORARY RESTRAINING ORDER [5], DENYING REQUEST FOR PRELIMINARY INJUNCTION, AND DISMISSING CASE

This matter came on for a hearing on January 23, 2008.

For the reasons stated on the record, the temporary restraining order entered on January 18, 2008 is DISSOLVED.

Edith Woodberry's request for a preliminary injunction is DENIED.

And the case is DISMISSED without prejudice.

SO ORDERED.

                S/ARTHUR J. TARNOW
                Arthur J. Tarnow
                United States District Judge

Dated:  January 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 24, 2008, by electronic and/or ordinary mail.

                S/THERESA E. TAYLOR
                Case Manager

                _____
                Arthur J. Tarnow
Dated:                United States District Judge